UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D4, DEDRICK RICHARDSON,

      Defendant.

Case No. 24-cr-20261-4
Hon. Matthew F. Leitman

_____/

## ORDER DENYING GOVERNMENT'S
## MOTION FOR PRELIMINARY ORDER OF FORFEITURE (ECF #109)

On April 21, 2026, the Court held a hearing on the Government's Motion for

Preliminary Order of Forfeiture. (See Mot., ECF No. 109.)  For the reasons explained

on the record during the hearing, the motion is **DENIED**.

      **IT IS SO ORDERED**.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:  April 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2026, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126